AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_****_____ DISTRICT OF \_\_NEVADA_____

JERRY D. POUGH,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

  v.

                      CASE NUMBER:  **3:15-cv-00443-MMD-VPC**

D. NEVEN, et al.,

    Defendant(s).

\_\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_**X**\_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an amended complaint in compliance with the Court's September 21, 2016 order.

October 31, 2016                                               **LANCE S. WILSON**
                                                                                                Clerk

                                                                                                 /s/ K. Rusin
                                                                                                Deputy Clerk